UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

COTY LEWIS, individually and on behalf of
a class of similarly situated persons,

        Plaintiff,                                Case No. 1:21-cv-12319

v.                                                   Honorable Thomas L. Ludington
                                                            United States District Judge

ACUITY REAL ESTATE SERVICES, LLC,
and KEVIN STUTEVILLE,

        Defendants.
_____/

**JUDGMENT**

      In accordance with the Opinion and Order entered today;

      It is **ORDERED** that the above-captioned case is **DISMISSED**.

Dated: April 6, 2022                                    s/Thomas L. Ludington
                                                            THOMAS L. LUDINGTON
                                                            United States District Judge